O

No JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VIRGINIA GUTIERREZ AND JOSE V. GUTIERREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ONEWEST BANK, AS SUCCESSOR IN INTEREST TO INDYMAC FEDERAL SAVINGS BANK, F.S.B.; QUALITY LOAN SERVICE CORP., AND DOES 1 TO 50, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 09-01877 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant OneWest Bank, F.S.B. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 23, 2009

                                      VIRGINIA A. PHILLIPS
                                      United States District Judge