**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VIRGINIA GUTIERREZ AND JOSE V. GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ONEWEST BANK, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. EDCV 09-01877 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Quality Loan Service Corporation is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  March 2, 2010

　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge